| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**GARLAND & MASON, L.L.C.**<br>**Manalapan Corporate Plaza**<br>**195 Route 9 South, Suite 204**<br>**Manalapan, NJ 07726**<br>**Ph: 732-358-2028; Fx: 732-358-2029**<br>Email: gary@garlandmasonlaw.com<br>**Attorney for Debtor/Plaintiff** | |
| In Re:<br><br>**ANTHONY R. GUGLIELMI,**<br><br>             **Debtor.** | Case No.: 18-15065 (MBK)<br>Chapter: 13<br>Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF DEBTOR IN RESPONSE TO SECURED CREDITOR'S CERTIFICATION OF DEFAULT AND REQUEST FOR STAY RELIEF**

**ANTHONY R. GUGLIELMI,** of full age, being duly sworn according to law, upon his oath, certifies as follows:

1. I am the debtor in the above-captioned chapter 13 proceeding.

2. I received the Certification of Default and Request for Stay Relief, filed by Fay Servicing, LLC, who is the loan servicer for my mortgage company, Wilmington Trust, N.A.

3. On February 18, 2020, I remitted to Fay Servicing, L.L.C., the sum of $7,495.48, which cures the arrears from December 2019 and January 2020 and brings my loan back into good standing.  See attached email.

4. Accordingly, as a result of this payment, I request that the Court deny the application for stay relief.

I hereby certify that the foregoing factual statements made by me are truthful and accurate. I am aware that if any of the foregoing factual statements made by me are willfully false, I may be subject to punishment.

/s/    Anthony R. Guglielmi
Anthony R. Guglielmi

Dated: February 19, 2020

**From:**
**To:**
**Cc:**
**Subject:** Bankruptcy Case # 18-15065-MBK
**Date:** Tuesday, February 18, 2020 8:10:16 PM

Mr. Schwalb, Esq.

In response to your letter I received on Friday February 14, 2020 in regards to its certification of debtor(s) default and request for entry of an order vacating the automatic stay as to real property as to secured creditor in the above bankruptcy case debtor has forwarded the payment amount requested in your order which was for the 2 months covering (December 2019-January 2020) Attached is proof of such payment x $3,747.74 of which the total amount due is $7,495.48. This payment was sent to Fay Servicing, LLC today due to the holiday yesterday. The payment is scheduled to arrive on Thursday February 20,2020.

Thank you
Anthony







