| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
### Chapter 13 Case No. 18-15065 / MBK

Anthony R Guglielmi

Petition Filed Date: 03/15/2018
341 Hearing Date: 04/12/2018
Confirmation Date: 11/14/2018

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $7,804.00 | 64458920 | 01/27/2020 | $7,804.00 | 65057080 | 02/26/2020 | $7,804.00 | 65855390 |
| 03/31/2020 | $7,804.00 | 66734450 | 04/27/2020 | $7,804.00 | 67399990 | 05/29/2020 | $7,804.00 | 68209970 |
| 06/30/2020 | $7,804.00 | 68987190 | 07/30/2020 | $7,804.00 | 69733090 | 08/26/2020 | $7,804.00 | 70364530 |
| 10/01/2020 | $7,804.00 | 71238690 | 11/02/2020 | $7,804.00 | 72028080 | 12/07/2020 | $7,804.00 | 72912340 |
| 01/11/2021 | $7,804.00 | 73686360 | 02/08/2021 | $7,804.00 | 74371420 | | | |

**Total Receipts for the Period: $109,256.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $220,307.36**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Anthony R Guglielmi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | GARY L MASON ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $5,216.08 | $0.00 | $5,216.08 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYS | Unsecured Creditors | $1,959.33 | $0.00 | $1,959.33 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BEST BUY | Unsecured Creditors | $2,857.62 | $0.00 | $2,857.62 |
| 4 | AVANT, INC. | Unsecured Creditors | $1,673.72 | $0.00 | $1,673.72 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAR CARE ONE | Unsecured Creditors | $770.56 | $0.00 | $770.56 |
| 6 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $1,473.62 | $0.00 | $1,473.62 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» WALMART | Unsecured Creditors | $1,333.00 | $0.00 | $1,333.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» AMAZON | Unsecured Creditors | $945.16 | $0.00 | $945.16 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» R US | Unsecured Creditors | $843.61 | $0.00 | $843.61 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» PAYPAL | Unsecured Creditors | $728.98 | $0.00 | $728.98 |
| 11 | QUANTUM3 GROUP LLC<br>»» ALPHAON | Unsecured Creditors | $3,293.88 | $0.00 | $3,293.88 |
| 12 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $805.48 | $0.00 | $805.48 |

**Chapter 13 Case No. 18-15065 / MBK**

| 13 | Wilmington Saving Fund Society<br>»» P/102 TALLWOOD LN/1ST MTG | Mortgage Arrears | $349,265.37 | $190,594.62 | $158,670.75 |
|----|----|----|----|----|----|
| 14 | TD BANK USA NA | Unsecured Creditors | $2,656.56 | $0.00 | $2,656.56 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $220,307.36 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $190,594.62 | Current Monthly Payment: | $7,804.00 |
| Paid to Trustee: | $15,056.82 | Arrearages: | ($34.36) |
| Funds on Hand: | $14,655.92 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**